Clara L. Priest, appellee, v. Meyer Kaplan et al., appellants. Gen. No. 39,339.

Opinion filed April 19, 1937.

Charles V. Falkenberg, for appellants. E. H. Arnold, for appellee; Charles H. Mitchell, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

E. C. (Teddy) George, for use of Claude Neon Federal Company, appellee, v. Fox Head Restaurant Company, appellant. Gen. No. 39,027.

Opinion filed May 4, 1937.

Benjamin S. Mesirow, for appellant. Dana R. Simpson, for appellee.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.

Paul E. Olson et al., appellants, v. William J. Burns et al., appellees. Gen. No. 39,112.

Opinion filed May 4, 1937.

Tage Joranson, Litsinger, Healy & Reid and Dimmitt C. Hutchins, for appellants. Cheney, Evans & Peterson, for appellees; Eugene E. Dornbaugh, of counsel.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.

Frank Kryl, appellee, v. John G. Zelezny, appellant. Gen. No. 39,150.

Opinion filed May 4, 1937.

Charles A. Churan, for appellant. Matthew J. Weiss, for appellee; Jacob Bloom, of counsel.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.